```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF OHIO
           EASTERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 2:11-MJ-924 |
| | ) | MAG. JUDGE ABEL |
| V. | ) | |
| | ) | |
| DANIEL V. TEITELBAUM | ) | |

<u>ORDER TO UNSEAL</u>

The Government having moved to unseal the above-captioned case and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that said case be unsealed.

*s/ Mark R. Abel*
UNITED STATES MAGISTRATE JUDGE

DATE: **July 25, 2012**